IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**WARNER BROS. ENTERTAINMENT, INC.,** **PLAINTIFF**

**V.** **CIVIL ACTION NO.: 2:06CV15-WAP-EMB**

**SHIRLEY TATE,** **DEFENDANT**


## ORDER STAYING CASE PENDING SETTLEMENT

**THIS CAUSE** came before the Court upon the *ore tenus* motion of Plaintiff Warner Bros. Entertainment, Inc. ("Plaintiff") on behalf of all parties in this action. The Court, finding that the parties are negotiating a settlement of this matter and that settlement of this matter is likely, hereby **ORDERS** that all proceedings in this matter are **STAYED** until further order of the Court.

**SO ORDERED** this 30th day of June, 2006.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**